**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUN 0 9 2026

KHS

**ERIK PALTROW**

CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 26-2722 mLG |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 1153 and 1111: Second |
| | ) | Degree Murder. |
| **DAVID BARNEY,** | ) | |
| | ) | |
| Defendant. | ) | |

I N D I C T M E N T

The Grand Jury charges:

On or about and between December 28, 2024, and January 14, 2025, in Indian Country, in

McKinley County, in the District of New Mexico, the defendant, **DAVID BARNEY,** an Indian,

unlawfully killed John Doe, with malice aforethought by hitting John Doe with a baseball bat.

In violation of 18 U.S.C. §§ 1153 and 1111.

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney